**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of __Delaware__
                              (State)

Case number (if known): _____ Chapter __11__

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**                   Blue Palm Advertising Agency, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

4. **Debtor's address**

   **Principal place of business**

   2129 N. Congress Avenue
   Number        Street

   Riviera Beach          FL       33404
   City                   State    ZIP Code

   Palm Beach
   County

   **Mailing address, if different from principal place of business**

   Number        Street

   P.O. Box

   City                   State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number        Street

   City                   State    ZIP Code

5. **Debtor's website (URL)**          https://www.sancilio.com

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

| Debtor | Blue Palm Advertising Agency, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

3   2   5   4

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.  District _____ When _____ Case number _____
                                           MM / DD / YYYY

        District _____ When _____ Case number _____
                                           MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes.  Debtor  *See Schedule 1 attached hereto*  Relationship _____

        District _____ When _____
                                        MM / DD / YYYY

        Case number, if known _____

| Debtor | Blue Palm Advertising Agency, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this* district?**

Check all that apply:

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____

| | Number | Street |
|---|---|---|

_____

| City | State | ZIP Code |
|---|---|---|

Is the property insured?

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☒ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Debtor | Blue Palm Advertising Agency, LLC | Case number (if known) |
|--------|-----------------------------------|------------------------|
|        | Name |  |

**16. Estimated liabilities**

- ☒ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519 and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ▪ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ▪ I have been authorized to file this petition on behalf of the debtor.

- ▪ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06 / 05 / 2018
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Geoffrey M. Glass
Printed name

Title  President and CEO

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date  6 / 5 / 2018
MM / DD / YYYY

Dennis A. Meloro
Printed name

Greenberg Traurig, LLP
Firm name

1007 N. Orange Street, Suite 1200
Number        Street

Wilmington                                    DE          19801
City                                          State        ZIP Code

(302) 661-7000                                melorod@gtlaw.com
Contact phone                                 Email address

4435                                          DE
Bar number                                    State

---

Debtor   Blue Palm Advertising Agency, LLC          Case number (if known)_____

## SCHEDULE 1

### Pending Bankruptcy Cases Filed by the Debtor and Related Entities

On the date hereof, each of the entities listed below (collectively, the "Debtors"), filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware. The Debtors have moved for joint administration of these cases for procedural purposes only under the case number assigned to the chapter 11 case of Sancilio Pharmaceuticals Company, Inc.

1. Sancilio Pharmaceuticals Company, Inc.
2. Sancilio & Company, Inc.
3. Blue Palm Advertising Agency, LLC

## WRITTEN CONSENT
## OF
## THE SOLE MEMBER
## OF
## BLUE PALM ADVERTISING AGENCY, LLC

The undersigned, being the sole member (the "Sole Member") of Blue Palm Advertising Agency, LLC, a Florida limited liability company (the "Company"), pursuant to the provisions of the Florida Revised Limited Liability Company Act, do hereby authorize, adopt and approve the following actions and resolutions by this written consent to action without a meeting (this "Consent"):

1.    Filing of Bankruptcy Petition for the Company

WHEREAS, the Sole Member has considered the financial and operational aspects of the Company's business and the recommendations of the Company's professionals and advisors;

NOW, THEREFORE, BE IT RESOLVED, that, in the judgment of the Sole Member, it is desirable and in the best interests of the Company, its creditors, members and other interested parties that a petition (the "Petition") be filed by the Company seeking relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), subject to the written consent of stockholders of the Corporation holding at least 75% of the Series B Preferred Stock, Series C Preferred Stock, Series D Preferred Stock and Series E Preferred Stock of Sancilio Pharmaceuticals Company, Inc. ("SPC"), voting together as a single class (the "Preferred Supermajority Consent"); and be it

FURTHER RESOLVED, that, after SPC obtains the Preferred Supermajority Consent, the proper officers of the Corporation the proper officers of the Company (the "Authorized Officers"), including, but not limited to, any of Geoffrey Glass, the President and Chief Executive Officer; Albert Cavagnaro, the Secretary and Chief Legal Officer; and Karrilyn Thomas, the Chief Financial Officer, are hereby authorized and empowered on behalf of and in the name of the Company to execute, verify and cause to be filed the Petition, together with schedules of assets and liabilities, the statement of financial affairs and other ancillary documents required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure to be filed with the Petition, at such time as the Authorized Officers consider it appropriate; and be it

FURTHER RESOLVED that the Authorized Officers, and any employees or agents (including counsel) designated by or directed by the Authorized Officers, shall be, and each hereby is, authorized and empowered to cause the Company and such of its affiliates as management deems appropriate to enter into, execute, deliver, certify, file, record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates or other documents, and to take such other actions, as in the judgment of such Authorized Officer shall be necessary, proper, and desirable to prosecute to a successful completion the Company's chapter 11 case and to carry out and put into effect the purposes of the foregoing resolutions, and the transactions contemplated by

1

these resolutions, their authority thereunto to be evidenced by the taking of such actions; and be it

FURTHER RESOLVED, that the Authorized Officers shall be, and each hereby is, authorized and empowered on behalf of, and in the name of, the Company to retain Greenberg Traurig, P.A.; MCA Financial Group, Ltd. and such other attorneys, investment bankers, accountants, financial advisors, and other professionals to assist in the Company's chapter 11 case on such terms as are deemed necessary, proper, or desirable by the Authorized Officers.

2.    General Authorization

NOW, THEREFORE, BE IT RESOLVED, that any and all acts taken and any and all certificates, instruments, agreements or other documents executed on behalf of the Company by the Authorized Officers prior to the adoption of the foregoing resolutions with regard to any of the transactions, actions, certificates, instruments, agreements or other documents authorized or approved by the foregoing resolutions be, and they hereby are, ratified, confirmed adopted and approved; and be it

FURTHER RESOLVED, that any specific resolutions that may be required to have been adopted by the Sole Member to effectuate the matters and transactions contemplated by the foregoing resolutions be, and they hereby are, adopted, and the officers and authorized representatives of the Company be, and each of them acting along hereby is, authorized in the name and on behalf of the Company to certify as to the adoption of any and all such resolutions; and be it

FURTHER RESOLVED, that the Authorized Officers shall be, and each hereby is, authorized and empowered on behalf of the Company and in its name to take or cause to be taken all actions and to execute and deliver all such instruments that such Authorized Officer determines are necessary or desirable in connection with the foregoing resolutions; and be it

FURTHER RESOLVED, that this Consent may be signed in any number of counterparts (including by means of facsimile signature), each of which shall be deemed to be an original, and all of which taken together shall be deemed to be a single consent.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the undersigned have executed this Consent the 4th day of June, 2018.

SOLE MEMBER:

SANCILIO & COMPANY, INC.

By: _____

Name: Geoffrey Glass

Title:  Chief Executive Officer

*[Signature Page to Written Consent of Sole Member of Blue Palm Advertising Agency, LLC]*

Fill in this information to identify the case and this filing:

Debtor Name    Blue Palm Advertising Agency, LLC

United States Bankruptcy Court for the: _____    District of __Delaware__
(State)

Case number (if known): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐ Schedule H: Codebtors (Official Form 206H)

☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐ Amended Schedule _____

☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __06/05/2018__          X _____
MM / DD / YYYY                          Signature of individual signing on behalf of debtor

                                        Geoffrey M. Glass
                                        Printed name

                                        President and CEO
                                        Position or relationship to debtor

**United States Bankruptcy Court**
**For the District of Deleware**

| In re Blue Palm Advertising Agency, LLC | Case No |
|---|---|
| Debtor(s) | Chapter   11 |

Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (trade debt, bank loan, professional services, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of unsecured claim (if secured, fill in deduction for collateral value) | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 Cato Research, PO Box 890127, Charlotte, NC 28289-0127 | Jocelyn Huard, 514-856-2286, jhuar@cato.com | trade debt | | | | $ 732,714.38 |
| 2 Goodwin Proctor, LLP, 100 Northern Ave, Boston, MA 02210 | 617-570-1000, goodwinlaw.com | professional services | | | | 479,899.06 |
| 3 Walgreens, 200 Wilmot Rd., Deerfield, IL 60015 | | trade debt | | | | 208,646.89 |
| 4 Prinova, 285 E. Fullerton Ave., Carol Stream, IL 60188 | Damon Dabel, 630-868-0300, damon.dabels@prinovausa.com | trade debt | | | | 157,384.30 |
| 5 Andler Packaging, PO Box 499125, Everett, MA 02149 | Robert Alexander, 857-972-2880, ralexander@andler.com | trade debt | | | | 141,918.12 |
| 6 Medpace Reference Laboratories, 5375 Medpace Way, Cincinnati, OH 45227 | Tina Benjamin, 513-579-9911, t.benjamin@medpace.com | trade debt | | | | 138,273.78 |
| 7 InnovaGel, 14193 SW 119 Ave, Miami, FL 33186 | Luis Lafont, 786-345-5511, luis.lafont@innovagel.com | trade debt | | | | 105,096.97 |
| 8 Beth Israel Deaconess Medical Ctr, 330 Brookline Ave, Boston, MA 02215 | Attn: Director of Research Finance, Christine Gallagher, 617-667-1096, cgallag1@bidmc.harvard.edu | trade debt | | | | 95,057.28 |
| 9 Organic Technologies, 545 Walnut Street, Coshocton, OH 43812 | Jeanette Scheurman, 740-622-0755, jeanettescheurman@organictech.com | trade debt | | | | 75,916.20 |
| 10 Boston Children's Hospital, 300 Longwood Ave., Boston, MA 02115 | Attn: Research Finance, Jason O'Brien, 857-218-4382, Jason.Obrien@childrens.harvard.edu | trade debt | | | | 73,091.38 |
| 11 Berkowitz Pollack Brant Advisors and Consultants, 200 South Biscayne Blvd. 6th and 7th Floors, Miami, FL 33131-5351 | Julia Casal, 305-379-7000, jcasal@bnbcpa.com | professional services | | | | 72,902.39 |
| 12 Grant Thornton LLP, PO Box 532019, Atlanta, GA 30353-2019 | 954768-9900 | professional services | | | | 66,380.00 |
| 13 FedEx, PO BOX 660481, Dallas, TX 75266-0481 | 866-393-4585, customersolutions@fedex.com | trade debt | | | | 49,858.67 |
| 14 Pacific-Link Regulatory Consulting, 8195 Run of the Knolls Court, San Diego, CA 92127 | Richard Lowenthal, President, richard@pacificlinkconsulting.com | trade debt | | | | 54,491.60 |
| 15 Servo-Lift, 35 Righter Road, Randolph, NJ 07869 | Mary Ann Carroll, Controller, 973-442-7878, maryann_carroll@servo-lift.com | trade debt | | | | 47,402.97 |

In re Blue Palm Advertising Agency, LLC                    Case No.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (trade debt, bank loan, professional services, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of unsecured claim [if secured, fill in deduction for collateral value] | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 16 DSM Nutritional Products<br>3929 Collection Center Dr.<br>Chicago, IL 60693 | Patricia Snyder<br>973-257-8244<br>patricia.snyder@dsm.com | trade debt | | | | 47,037.50 |
| 17 Navigant<br>685 Third Avenue 14th Floor<br>New York, NY 10016 | Artrice Woods<br>312-573-5622<br>artrice.woods@navigant.com | professional services | | | | 45,675.00 |
| 18 Veritiv Operating Company<br>8120 South Gilmore Road, Suite 400<br>Fairfield, OH 45014 | Luis Macall<br>877-298-1277<br>luis.macall@veritivcorp.com | trade debt | | | | 45,071.28 |
| 19 Walgreens Boots Alliance<br>Intermattweg 8<br>CH-3027 Bern, Switzerland | Suzanne Willis<br>suzanne.willis@wbadev.com | trade debt | | | | 44,403.18 |
| 20 MTC Industries, Inc.<br>255 Oser Ave.<br>Hauppauge, NY 11788 | Alex Hartmann<br>631-274-4818 ext 122<br>Alex@mtcindustries.com | trade debt | | | | 42,075.00 |

**Fill in this information to identify the case and this filing:**

Debtor Name    Blue Palm Advertising Agency, LLC

United States Bankruptcy Court for the: _____     District of   Delaware
                                                            (State)

Case number (if known): _____

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☐  Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐  Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐  Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐  Schedule H: Codebtors (Official Form 206H)

☐  Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐  Amended Schedule ____

☐  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☒  Other document that requires a declaration    Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/05/2018        X _____
             MM / DD / YYYY        Signature of individual signing on behalf of debtor

                                   Geoffrey M. Glass
                                   Printed name

                                   President and CEO
                                   Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

In re:

Blue Palm Advertising Agency, LLC,

                              Debtor.

Chapter 11

Case No. 18-_____ ( )

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than a governmental unit, that directly or indirectly own 10% or more of any class of the Debtor's equity interests:

| Shareholder | Approximate Percentage of Shares Held |
|---|---|
| Sancilio & Company, Inc. | 100% of membership interests of Blue Palm Advertising Agency, LLC |
| Sancilio Pharmaceuticals Company, Inc. | 100% of the equity of Sancilio & Company, Inc. |
| Lighthouse Aggressive Growth Fund, LP | 85% of Series B Preferred of Sancilio Pharmaceuticals Company, Inc.<br><br>22.7% of Series E Preferred of Sancilio Pharmaceuticals Company, Inc. |
| Signet Healthcare Partners LP | 50% of Series C Preferred of Sancilio Pharmaceuticals Company, Inc.<br><br>25% of Series E Preferred of Sancilio Pharmaceuticals Company, Inc. |
| Wellington Management Company, LLP | 50% of Series C Preferred of Sancilio Pharmaceuticals Company, Inc.<br><br>25% of Series E Preferred of Sancilio Pharmaceuticals Company, Inc. |
| K.D. Pharma Bexbach GmbH | 100% of Series D Preferred of Sancilio Pharmaceuticals Company, Inc.<br><br>18.2% of Series E Preferred of Sancilio Pharmaceuticals Company, Inc. |

---

**Fill in this information to identify the case and this filing:**

Debtor Name    Blue Palm Advertising Agency, LLC

United States Bankruptcy Court for the: _____    District of __Delaware__
                                                               (State)

Case number (if known): _____

---

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐   *Schedule H: Codebtors* (Official Form 206H)

☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule* ____

☐   *Chapter 11 or Chapter 9 Cases. List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒   Other document that requires a declaration__List of Equity Security Holders__ _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   06 | 05 | 2018    X  _____
        MM / DD / YYYY                      Signature of individual signing on behalf of debtor

                               Geoffrey M. Glass
                               Printed name

                               President and CEO
                               Position or relationship to debtor

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Blue Palm Advertising Agency, LLC, | Case No. 18-_____ (   ) |
| Debtor. | |

## LIST OF EQUITY SECURITY HOLDERS

| Name | Address | % Membership Interest |
|---|---|---|
| Sancilio & Company, Inc. | 2129 N. Congress Avenue Riviera Beach, FL 33404 | 100% |